Matt Olavi (Bar No. 265945)
molavi@olavidunne.com
Brian Dunne (Bar No. 275689)
bdunne@olavidunne.com
**OLAVI DUNNE LLP**
800 Wilshire Blvd., Suite 320
Los Angeles, California 90017
Telephone: (213) 516-7900
Facsimile: (213) 516-7910

*Attorneys for Plaintiff Eclipse IP LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECLIPSE IP LLC, a Florida Limited Liability Company, | Case No. 13-cv-09502-ODW(PLA) |
| Plaintiff, | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |
| v. | |
| GOOGLE INC., a Delaware Corporation; WAZE, INC., a Delaware Corporation, | |
| Defendants. | |

{22005.45023.00010318.DOC.1}

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>OLAVI DUNNE LLP<br>Matt Olavi, Esq. (SBN 265945); Brian J. Dunne, Esq. (SBN 275689)<br>800 Wilshire Boulevard, Suite 320<br>Los Angeles, California 90017<br>TELEPHONE NO.: (213) 516-7900   FAX NO. *(Optional)*: (213) 516-7910<br>E-MAIL ADDRESS *(Optional)*: molavi@olavidunne.com; bdunne@olavidunne.com<br>ATTORNEY FOR *(Name)*: Plaintiff, ECLIPSE IP LLC | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF [USDC]<br>STREET ADDRESS: 312 North Spring Street, G-8<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles, California 90012<br>BRANCH NAME: CENTRAL DISTRICT - WESTERN DIVISION | |
| PLAINTIFF/PETITIONER: ECLIPSE IP LLC, etc.<br>DEFENDANT/RESPONDENT: GOOGLE, INC., a Delaware Corporation; et al. | CASE NUMBER:<br>2:13-cv-09502-ODW-PLA |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>1064828KS |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents)*: SEE ATTACHED LIST OF DOCUMENTS

3. a. Party served *(specify name of party as shown on documents served)*:
   GOOGLE, INC., a Delaware Corporation

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   CSC-Lawyers Incorporating Service, Inc., Agent, served Nai Saeteum, Receptionist

4. Address where the party was served:
   2710 Gateway Oaks Drive, Suite 150N, Sacramento, California 95833-3503
5. I served the party *(check proper box)*
   a. [✓] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date)*: 01/02/2014   (2) at *(time)*: 1:05 p.m.
   b. [ ] **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

| PLAINTIFF/PETITIONER: ECLIPSE IP LLC, etc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: GOOGLE, INC., a Delaware Corporation; et al. | 2:13-cv-09502-ODW-PLA |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*     (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify):* GOOGLE, INC., a Delaware Corporation
   under the following Code of Civil Procedure section:
   - ☐ 416.10 (corporation)
   - ☐ 416.20 (defunct corporation)
   - ☐ 416.30 (joint stock company/association)
   - ☐ 416.40 (association or partnership)
   - ☐ 416.50 (public entity)
   - ☐ 415.95 (business organization, form unknown)
   - ☐ 416.60 (minor)
   - ☐ 416.70 (ward or conservatee)
   - ☐ 416.90 (authorized person)
   - ☐ 415.46 (occupant)
   - ☑ other: FRCP 4(h)(1)

7. **Person who served papers**
   a. Name: Jebb Mirell, Ace Attorney Service, Inc.
   b. Address: 901 F Street, Suite 150, Sacramento, California 95814
   c. Telephone number: (916) 447-4000
   d. **The fee for service was:** $
   e. I am:
     (1) ☐ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☑ a registered California process server:
       (i) ☐ owner ☑ employee ☐ independent contractor.
       (ii) Registration No.: 2011-39
       (iii) County: SACRAMENTO

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: January 6, 2014

JEBB MIRELL
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)
▶ *(signature)*

| SHORT TITLE: ECLIPSE IP LLC, etc. v. GOOGLE, INC., a Delaware Corporation; et al. | CASE NUMBER: 2:13-cv-09502-ODW-PLA |
|---|---|

ATTACHED LIST OF DOCUMENTS

1. CIVIL COVER SHEET;
2. REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK;
3. CERTIFICATION AND NOTICE OF INTERESTED PARTIES;
4. NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;
5. NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM;
6. NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR)

Attached List of Documents to POS for Summons & Complaint

#1064828KS

*(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, not line numbers)*:

This page may be used with any Judicial Council form or any other paper filed with the court.

Page 1/1

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**
**Attach to Judicial Council Form or Other Court Paper**

CRC 201, 501