ARNOLD & PORTER LLP
MICHAEL A. BERTA (No. 194650)
michael.berta@aporter.com
Sean M. Callagy (No. 255230)
sean.callagy@aporter.com
Emily Hostage (No. 287116)
emily.hostage@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telphone:   415.471.3100
Facsimile:   415.471.3400

Attorneys for Defendants
GOOGLE INC. and WAZE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ECLIPSE IP LLC,<br><br>               Plaintiff,<br><br>  vs.<br><br>GOOGLE INC.; WAZE, INC.,<br><br>               Defendants. | Civil Action No. 2:13-cv-09502<br><br>**DEFENDANTS GOOGLE INC. AND WAZE, INC. RULE 7.1 DISCLOSURE STATEMENT AND CERTIFICATION AS TO INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1.1** |

1  The undersigned counsel of record for Google Inc. certifies that as of this date,
2  certifies that the following listed party (or parties) may have a pecuniary interest in
3  the outcome of this case.  These representations are made to enable the Court to
4  evaluate possible disqualification or recusal.

5  <u>Google Inc.</u>  Google Inc. has no parent corporation, and no publicly held
6  corporation owns 10% or more of its stock.

7  <u>Waze, Inc.</u>  More than 10% ownership of Waze, Inc. is owned by Google Inc.,
8  which trades on NASDAQ under the ticker symbol GOOG.

10  Dated:  February 24, 2014      ARNOLD & PORTER LLP
                                   MICHAEL A. BERTA
11                                 SEAN M. CALLAGY
                                   EMILY HOSTAGE

14                                 By:      */s/ Michael A. Berta*
15                                          MICHAEL A. BERTA

16                                 Attorneys for Defendants
                                   GOOGLE INC. and WAZE, INC.

- 1 -